**Bryan LYONS, Appellant,**

v.

**Virginia BRONK; Paula Lawndry; Wendolyn Milton, Appellees.**

No. 10–2015.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2010.

Filed: Oct. 7, 2010.

Bryan Lyons, Kansas City, MO, pro se.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Bryan Lyons appeals the district court's[1] preservice dismissal of his civil complaint. After careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we find that dismissal was appropriate because Lyons did not allege facts which would allow an inference that defendants violated his federal rights, *see Ashcroft v. Iqbal,* —— U.S. ——, 129 S.Ct. 1937, 1950, 173 L.Ed.2d 868 (2009). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.